IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| United States of America ) | | 8:04CR446 |
| Plaintiff, ) | | |
| ) | | |
| vs. ) | | ORDER |
| ) | | |
| Eleazar Rojas-Pacheco ) | | |
| Defendant. ) | | |

The Clerk's Office has requested that document Number 85 be stricken from the record and removed for the following reason(s):

( X)   The document is a sealed document and was docketed as the wrong event.

IT IS THEREFORE ORDERED that the Clerk's Office shall strike and remove document number 85 from the record.

DATED this 11th day of May, 2005.

BY THE COURT:

**s/ Joseph F. Bataillon**
United States District Judge